IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

ZACHARY LASHAWN WHITE                                                    PLAINTIFF

v.                                          Case No. 3:11-cv-56-DPM

RAY RIGSBY, individually and in
his official capacity as Chief of Police of the
Osceola Police Department; and
LT. EUGENE KELLY, in his individual
and official capacity                                                    DEFENDANTS

## ORDER

The Court dismisses White's case without prejudice because he has not provided the Court with a current address. Local Rule 5.5(c)(2). Mailings from the Court for the last three months have been returned undeliverable. *Document Nos. 7, 19 & 20.* Defendants' motion, *Document No. 17,* denied as moot.

So Ordered.

D.P. Marshall Jr.
United States District Judge

6 September 2011